1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   BROCK H. LUNSFORD (No. 201740)
4  Special Assistant United States Attorney
   Domestic Security and Immigration Crimes Section
5        1300 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone:  (213) 894-8611
7        Facsimile:  (213) 894-6436
         E-mail: Brock.Lunsford@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,     ) No. 08-mj-02610
                                  )
13             Plaintiff,         ) PROPOSED FINDINGS AND ORDER
                                  )
14             v.                 )
                                  )
15  HERSON ARGUETA-ROMERO,        )
                                  )
16             Defendant.         )
                                  )
17  _____)

18

19
                     PROPOSED FINDINGS & ORDER
20
        GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the
21
   findings of fact stipulated to by the parties and finds that the
22
   interests of justice outweigh the defendant's and the public's
23
   right to the filing of charges and commencement of trial in
24
   accordance with the Speedy Trial Act, 18 U.S.C. § 3161.
25
        The Court further finds that the time between November 20,
26
   2008, and December 15, 2008, inclusive, is excludable pursuant to
27
   18 U.S.C. § 3161(h)(8)(A) & (B).  Nothing in this stipulation and
28
   order shall preclude a finding that other provisions of the

1   Speedy Trial Act dictate that additional time periods are

2   excludable from the period within which charges must be filed and

3   trial must commence.

4         IT IS THEREFORE ORDERED that the Post-Indictment Arraignment

5   scheduled for December 1, 2008, shall be continued to December

6   15, 2008, at 8:30 a.m.

7

8   DATED: November 21, 2008

9

10

11   _____
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2